FILED

NOV - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
           Plaintiff, )  Case No. 01-535-GEB
           v. )
    Clarke Shaw )  RELEASE ORDER NO. _____
           Defendant. )  ORDER FOR RELEASE OF
                                                               PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Clarke Shaw__

_____, Case No. __01-535__,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ✓ Release on Personal Recognizance

   ___ Bail posted in the sum of $_____

   ___ Unsecured Appearance Bond

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

   ___ (Other) _____

                                       _____

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

       Issued at __Vacaville, CA__ on __11-4-05__,

19___ at _____ a.m./p.m.

                                                                By_____
                                                                  United States District Judge or
Copy 2 - Pre Trial Services                                United States Magistrate