```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CLARKE SHAW
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:01-cr-0535 GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING DISPOSITIONAL HEARING** |
| CLARKE SHAW, | ) |
| | ) Date: September 7, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Clarke Shaw, that the dispositonal hearing scheduled for September 7 may be continued to September 14, 2007, at 9:00 a.m. All counsel, the probation officer, and Mr. Shaw are available on September 14, 2007.

/////

/////

/////

/////

/////

Defense counsel is unavailable for court on September 7 and also seeks time to prepare a brief written response to the dispositional memorandum filed by the probation office.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  September 6, 2007          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for CLARKE SHAW


                                   McGREGOR SCOTT
                                   United States Attorney

Dated:  September 6, 2007          /s/ T. Zindel for C. Skipper
                                   CAMIL SKIPPER
                                   Assistant U.S. Attorney

**O R D E R**

The dispositional hearing is continued to September 14, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. and order                    -2-